IN THE UNITED STATES BANKRUPTCY COURT FOR THE
WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: MANDY M. GRAHAM, <br> a/k/a  MANDY M. ALKER <br><br>           Debtor <br> _____ <br><br> MANDY M. GRAHAM , <br> a/k/a MANDY M. ALKER <br><br>           Movant <br> v. <br><br> NO RESPONDENT | : <br> : Bankruptcy No. 24-70001-JAD <br> : Chapter 13 <br> : Document No. <br> : Related Document No.  13 <br> : <br> : <br> : <br> : <br> : <br> : <br> : <br> : |

## ORDER OF COURT

AND NOW, this __16th__ day of January, 2024, the Court having reviewed and considered Debtor's Motion for Extension of Time to File Schedules, Statement of Financial Affairs and Related Documents which has been filed in the above-captioned matter,

IT IS THE ORDER OF THIS COURT that Debtor is hereby granted an extension of time until **January 26, 2024** to complete and file the Schedules, Statement of Financial Affairs, Statement of Attorney's Compensation, Mailing Matrix, Declaration Regarding Electronic Filing and any other document which is required to complete the record in the above-captioned matter.

No further extension of time shall be granted except in extenuating circumstances.

BY THE COURT:

_____ sjk
Jeffery A. Deller,
United States Bankruptcy Judge

cc: John R. Lhota, Attorney at Law
    John R. Lhota, P.C. Law Offices
    26 South 2nd Street, Suite 101
    Clearfield, PA 16830

FILED
1/16/24 1:01 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 24-70001-JAD |
| Mandy M. Graham | Chapter 13 |
|     Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-7 | User: auto | Page 1 of 1 |
| Date Rcvd: Jan 16, 2024 | Form ID: pdf900 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 18, 2024:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + Mandy M. Graham, 1156 Park Avenue Extension, Clearfield, PA 16830-4029 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 18, 2024           Signature:        /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 16, 2024 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Denise Carlon | on behalf of Creditor Federal Home Loan Mortgage Corporation as Trustee for Freddie Mac SLST 2022-1 Participation Interest Trust dcarlon@kmllawgroup.com |
| John R. Lhota | on behalf of Debtor Mandy M. Graham lrj@atlanticbbn.net tmb@atlanticbbn.net |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Ronda J. Winnecour | cmecf@chapter13trusteewdpa.com |

TOTAL: 4