TREASURE LAKE PROPERTY OWNERS
13 Treasure Lake
Du Bois PA 15801-101

1410-5718
ORG: ADMIN Administration
EE ID: 117    DD

MANDY GRAHAM
1156 PARK AVE EXT
CLEARFIELD PA 16830

NON-NEGOTIABLE

**PERSONAL AND CHECK INFORMATION**
Mandy Graham
1156 Park Ave Ext
Clearfield, PA 16830
Employee ID: 117

Home Department: ADMIN Administration

Pay Period: 10/22/23 to 11/04/23
Check Date: 11/10/23   Check #: 56163

**NET PAY ALLOCATIONS**

| DESCRIPTION | THIS PERIOD ($) | YTD ($) |
|---|---|---|
| Check Amount | 0.00 | 0.00 |
| Chkg 854 | 1404.81 | 32371.09 |
| NET PAY | 1404.81 | 32371.09 |

**EARNINGS**

| BASIS OF PAY | DESCRIPTION | HRS/UNITS | RATE | CURRENT ($) | YTD HRS/UNITS | YTD ($) |
|---|---|---|---|---|---|---|
| | Floating Holiday | | | | M16.0000 | 336.68 |
| | Personal | | | | M32.0000 | 709.34 |
| | Salary | M87.7500 | | 1730.77 | M1838.5000 | 36282.54 |
| | Holiday | | | | M32.0000 | 683.71 |
| | Sick | | | | M20.0000 | 424.21 |
| | Tips | | | 88.98 | | 2090.94 |
| | Vacation | | | | M72.0000 | 1371.23 |
| | Total Hours | 87.7500 | | | 2010.5000 | |
| | Total Hrs Worked | 87.7500 | | | | |
| | Gross Earnings | | | 1819.75 | | 41898.65 |

| | Exp Reimburseme | | | | | 46.11 |
| REIMB & OTHER PAYMENTS | | | | | | 46.11 |

**OTHER ITEMS** *Do not increase Net Pay*

| DESCRIPTION | HRS/UNITS | RATE | CURRENT ($) | YTD HOURS | YTD ($) |
|---|---|---|---|---|---|
| 401k ER | | | 72.79 | | 1675.95 |

**WITHHOLDINGS**

| DESCRIPTION | FILING STATUS | CURRENT ($) | YTD ($) |
|---|---|---|---|
| Social Security | | 109.58 | 2523.18 |
| Medicare | | 25.63 | 590.10 |
| Fed Income Tax | M 2 | 79.47 | 1850.50 |
| PA Income Tax | | 54.26 | 1249.38 |
| PA Unemploy | | 1.27 | 29.33 |
| PA LSANC-Cle LS | | 2.00 | 46.00 |
| PA SANDY-Cle In | | 17.67 | 407.02 |
| TOTAL | | 289.88 | 6695.51 |

**DEDUCTION**

| DESCRIPTION | CURRENT ($) | YTD ($) |
|---|---|---|
| 401k EE Pretax | 72.79 | 1675.95 |
| Medical | 51.70 | 1189.10 |
| Vision | 0.57 | 13.11 |
| TOTAL | 125.06 | 2878.16 |

**NET PAY**

| | THIS PERIOD ($) | YTD ($) |
|---|---|---|
| | 1404.81 | 32371.09 |

Payrolls by Paychex, Inc.
0940 1410-5718  Treasure Lake Property Owners • 13 Treasure Lake • Du Bois PA 15801-101 • (814) 371-0711

TREASURE LAKE PROPERTY OWNERS
13 Treasure Lake
Du Bois PA  15801-101

1410-5718
ORGT: ADMIN Administration
EE ID: 117            DD

MANDY GRAHAM
1156 PARK AVE EXT
CLEARFIELD PA  16830

NON-NEGOTIABLE

NON-NEGOTIABLE

**PERSONAL AND CHECK INFORMATION**
Mandy Graham
1156 Park Ave Ext
Clearfield, PA  16830
Employee ID: 117

Home Department: ADMIN Administration

Pay Period: 11/05/23 to 11/18/23
Check Date: 11/22/23    Check #: 56222

**NET PAY ALLOCATIONS**

| DESCRIPTION | THIS PERIOD ($) | YTD ($) |
|---|---|---|
| Check Amount | 0.00 | 0.00 |
| Chkg 854 | 1714.77 | 34085.86 |
| NET PAY | 1714.77 | 34085.86 |

**EARNINGS**

| BASIS OF PAY | DESCRIPTION | HRS/UNITS | RATE | CURRENT ($) | YTD HRS/UNITS | YTD ($) |
|---|---|---|---|---|---|---|
| | Floating Holiday | | | | M16.0000 | 336.68 |
| | Personal | | | | M32.0000 | 709.34 |
| | Salary | M102.7500 | | 1730.77 | M1941.2500 | 38013.31 |
| | Holiday | | | | M32.0000 | 683.71 |
| | Sick | | | | M20.0000 | 424.21 |
| | Tips | | | 513.98 | | 2604.92 |
| | Vacation | | | | M72.0000 | 1371.23 |
| | Total Hours | 102.7500 | | | 2113.2500 | |
| | Total Hrs Worked | 102.7500 | | | | |
| | Gross Earnings | | | 2244.75 | | 44143.40 |

| | Exp Reimburseme | | | | | 46.11 |
|---|---|---|---|---|---|---|
| | REIMB & OTHER PAYMENTS | | | | | 46.11 |

**OTHER ITEMS**
*Do not increase Net Pay*

| DESCRIPTION | HRS/UNITS | RATE | CURRENT ($) | YTD HOURS | YTD ($) |
|---|---|---|---|---|---|
| 401k ER | | | 89.79 | | 1765.74 |

**WITHHOLDINGS**

| DESCRIPTION | FILING STATUS | CURRENT ($) | YTD ($) |
|---|---|---|---|
| Social Security | | 135.93 | 2659.11 |
| Medicare | | 31.79 | 621.89 |
| Fed Income Tax | M 2 | 127.40 | 1977.90 |
| PA Income Tax | | 67.31 | 1316.69 |
| PA Unemploy | | 1.57 | 30.90 |
| PA LSANC-Cle LS | | 2.00 | 48.00 |
| PA SANDY-Cle In | | 21.92 | 428.94 |
| TOTAL | | 387.92 | 7083.43 |

**DEDUCTION**

| DESCRIPTION | CURRENT ($) | YTD ($) |
|---|---|---|
| 401k EE Pretax | 89.79 | 1765.74 |
| Medical | 51.70 | 1240.80 |
| Vision | 0.57 | 13.68 |
| TOTAL | 142.06 | 3020.22 |

**NET PAY**

| | THIS PERIOD ($) | YTD ($) |
|---|---|---|
| | 1714.77 | 34085.86 |

Payrolls by Paychex, Inc.
0940 1410-5718  Treasure Lake Property Owners • 13 Treasure Lake • Du Bois PA  15801-101 • (814) 371-0711

TREASURE LAKE PROPERTY OWNERS
13 Treasure Lake
Du Bois PA 15801-101

OREPT:ADMIN Administration
EE ID: 117    DD

MANDY GRAHAM
1156 PARK AVE EXT
CLEARFIELD PA 16830

NON-NEGOTIABLE

NON-NEGOTIABLE

**PERSONAL AND CHECK INFORMATION**
Mandy Graham
1156 Park Ave Ext
Clearfield, PA 16830
Employee ID: 117

Home Department: ADMIN Administration

Pay Period: 11/19/23 to 12/02/23
Check Date: 12/08/23    Check #: 56274

**NET PAY ALLOCATIONS**

| DESCRIPTION | THIS PERIOD ($) | YTD ($) |
|---|---|---|
| Check Amount | 0.00 | 0.00 |
| Chkg 854 | 1553.90 | 35639.76 |
| **NET PAY** | **1553.90** | **35639.76** |

**EARNINGS**

| BASIS OF PAY | DESCRIPTION | HRS/UNITS | RATE | CURRENT ($) | YTD HRS/UNITS | YTD ($) |
|---|---|---|---|---|---|---|
| | Floating Holiday | | | | M16.0000 | 336.68 |
| | Personal | | | | M32.0000 | 709.34 |
| | Salary | M58.5000 | | 1359.06 | M1999.7500 | 39372.37 |
| | Holiday | M16.0000 | | 371.71 | M48.0000 | 1055.42 |
| | Sick | | | | M20.0000 | 424.21 |
| | Tips | | | 292.70 | | 2897.62 |
| | Vacation | | | | M72.0000 | 1371.23 |
| | Total Hours | 74.5000 | | | 2187.7500 | |
| | Total Hrs Worked | 58.5000 | | | | |
| | **Gross Earnings** | | | **2023.47** | | **46166.87** |

| | Exp Reimburseme | | | | | 46.11 |
|---|---|---|---|---|---|---|
| | **REIMB & OTHER PAYMENTS** | | | | | **46.11** |

**OTHER ITEMS**
Do not increase Net Pay

| DESCRIPTION | HRS/UNITS | RATE | CURRENT ($) | YTD HOURS | YTD ($) |
|---|---|---|---|---|---|
| 401k ER | | | 80.94 | | 1846.68 |

**WITHHOLDINGS**

| DESCRIPTION | FILING STATUS | CURRENT ($) | YTD ($) |
|---|---|---|---|
| Social Security | | 122.22 | 2781.33 |
| Medicare | | 28.58 | 650.47 |
| Fed Income Tax | M 2 | 101.91 | 2079.81 |
| PA Income Tax | | 60.52 | 1377.21 |
| PA Unemploy | | 1.42 | 32.32 |
| PA LSANC-Cle LS | | 2.00 | 50.00 |
| PA SANDY-Cle In | | 19.71 | 448.65 |
| **TOTAL** | | **336.36** | **7419.79** |

**DEDUCTION**

| DESCRIPTION | CURRENT ($) | YTD ($) |
|---|---|---|
| 401k EE Pretax | 80.94 | 1846.68 |
| Medical | 51.70 | 1292.50 |
| Vision | 0.57 | 14.25 |
| **TOTAL** | **133.21** | **3153.43** |

**NET PAY**

| | THIS PERIOD ($) | YTD ($) |
|---|---|---|
| | 1553.90 | 35639.76 |

Payrolls by Paychex, Inc.
0940 1410-5718  Treasure Lake Property Owners • 13 Treasure Lake • Du Bois PA 15801-101 • (814) 371-0711

TREASURE LAKE PROPERTY OWNERS
13 Treasure Lake
Du Bois PA  15801-101

1410-5718
ORGN:ADMIN Administration
EE ID: 117         DD

MANDY GRAHAM
1156 PARK AVE EXT
CLEARFIELD PA  16830

**NON-NEGOTIABLE**

**NON-NEGOTIABLE**

### PERSONAL AND CHECK INFORMATION
Mandy Graham
1156 Park Ave Ext
Clearfield, PA  16830
**Employee ID:** 117

**Home Department:** ADMIN Administration

**Pay Period:** 12/03/23 to 12/16/23
**Check Date:** 12/22/23    **Check #:** 56325

### NET PAY ALLOCATIONS

| DESCRIPTION | THIS PERIOD ($) | YTD ($) |
|---|---|---|
| Check Amount | 0.00 | 0.00 |
| Chkg 854 | 1493.25 | 37133.01 |
| **NET PAY** | **1493.25** | **37133.01** |

### EARNINGS

| BASIS OF PAY | DESCRIPTION | HRS/UNITS | RATE | CURRENT ($) | YTD HRS/UNITS | YTD ($) |
|---|---|---|---|---|---|---|
| | Floating Holiday | | | | M16.0000 | 336.68 |
| | Personal | | | | M32.0000 | 709.34 |
| | Salary | M83.0000 | | 1730.77 | M2082.7500 | 41103.14 |
| | Bonus | | | 200.00 | | 200.00 |
| | Holiday | | | | M48.0000 | 1055.42 |
| | Sick | | | | M20.0000 | 424.21 |
| | Tips | | | 10.00 | | 2907.62 |
| | Vacation | | | | M72.0000 | 1371.23 |
| | Total Hours | 83.0000 | | | 2270.7500 | |
| | Total Hrs Worked | 83.0000 | | | | |
| | Gross Earnings | | | 1940.77 | | 48107.64 |

| | DESCRIPTION | | | CURRENT ($) | | YTD ($) |
|---|---|---|---|---|---|---|
| | Exp Reimburseme | | | | | 46.11 |
| | REIMB & OTHER PAYMENTS | | | | | 46.11 |

### OTHER ITEMS
Do not increase Net Pay

| DESCRIPTION | HRS/UNITS | RATE | CURRENT ($) | YTD HOURS | YTD ($) |
|---|---|---|---|---|---|
| 401k ER | | | 77.63 | | 1924.31 |

### WITHHOLDINGS

| DESCRIPTION | FILING STATUS | CURRENT ($) | YTD ($) |
|---|---|---|---|
| Social Security | | 117.04 | 2898.37 |
| Medicare | | 27.37 | 677.84 |
| Fed Income Tax | M 2 | 92.29 | 2172.10 |
| PA Income Tax | | 57.95 | 1435.16 |
| PA Unemploy | | 1.36 | 33.68 |
| PA LSANC-Cle LS | | 2.00 | 52.00 |
| PA SANDY-Cle In | | 18.88 | 467.53 |
| **TOTAL** | | **316.89** | **7736.68** |

### DEDUCTION

| DESCRIPTION | CURRENT ($) | YTD ($) |
|---|---|---|
| 401k EE Pretax | 77.63 | 1924.31 |
| Medical | 52.43 | 1344.93 |
| Vision | 0.57 | 14.82 |
| **TOTAL** | **130.63** | **3284.06** |

| NET PAY | THIS PERIOD ($) | YTD ($) |
|---|---|---|
| | 1493.25 | 37133.01 |

Payrolls by Paychex, Inc.
0940 1410-5718  Treasure Lake Property Owners • 13 Treasure Lake • Du Bois PA  15801-101 • (814) 371-0711