IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re:  Mandy M. Graham, | : | Bankruptcy No. 24-70001 |
| | : | Chapter 13 |
| Debtor | : | |
| | : | |
| | : | Document No. |
| JohnR. Lhota,  Movant | : | |
| | : | |
| v. | : | |
| | : | |
| | : | |
| No Respondent | : | |

### APPLICATION FOR REFUND

I, the undersigned movant, under penalty of perjury under the laws of the United States of America, declare (or certify, verify or state) that the following statements and information are true and correct:

**1.    Please check and complete the applicable subparagraph below:**

A.    9 I am moving to receive the total amount of **$156.50** which is the sum of the overpayment of filing fee for the document filed in the above-named case on the date(s) of January 2, 2024 on behalf of the debtor(s), the filing fee to commence this case.

B.    9 I am moving to receive the total amount of $_____, which is the sum of the overpayment of filing fee for the document filed in the above-named case on the date(s) of _____ on behalf of the creditor, _____ .

2.    Receipt No.A16653496, for the overpayment of filing fee, was issued on March 1, 2024 in the amount of **$313.00**.

3.    Refund should be sent to the following complete name and address: John R. Lhota P.C. Law Offices, 26 South 2nd Street, Suite 101, Clearfield, PA 16830.

4.    I understand that, pursuant to 18 U.S.C. Section 152, I shall be fined not more than $5,000, or imprisoned not more than five (5) years, or both, if I have knowingly and fraudulently made any false statements in this document.

5.    I understand that it will take approximately 6 to 8 weeks to receive this refund.

Date Executed:  March 7, 2024

Movantøs Signature:  /s/ John R. Lhota

Name of Movant (Please type or print):  John R. Lhota

Complete Address of Movant (Please type or print):

John R. Lhota P.C. Law Offices, 26 South 2nd Street, Suite 101, Clearfield, PA 16830_____
_____

Form #15-F

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re: Mandy M. Graham, | : | Bankruptcy No. 24-70001 |
| | : | Chapter 13 |
| Debtor | : | |
| | : | |
| | : | Document No. |
| John R. Lhota, | : | |
| | : | |
| v. | : | |
| | : | |
| | : | |
| No Respondent | : | |

## ORDER

*AND NOW*, this _____ day of _____, 2024, upon consideration of the *Application for Refund*, the Clerk shall refund the filing fee overpayment in the amount of $156.50 paid on March 1, 2024 to John R. Lhota.

_____
Jeffrey A. Deller, Judge
United States Bankruptcy Court

Form #15-F